UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ADMIRAL AND MRS. JAMES LISANBY                                                    PLAINTIFFS

V.                                                                            CIVIL ACTION NO 1:05CV660-LTS-RHW

UNITED SERVICES AUTOMOBILE ASSOCIATION,                             DEFENDANTS
AND JOHN DOES 1-10

**ORDER**

In accordance with a Memorandum Opinion filed contemporaneously herewith, and subject to the conditions stated therein, **IT IS ORDERED**:

Plaintiffs' Motion for Leave to File First Amended Complaint [27] is **GRANTED;**

Defendant United Services Automobile Association's Motions to Dismiss [7] [9] are **DENIED.**

**SO ORDERED** this the 24th day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge